No. 2223. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—C. de D. de Arecibo. Infracción Ley de Arbitrios. R. mar. 26, 1924. Celebrada la vista de esta apelación en la que el fiscal se allana a la petición del apelante de que revoquemos la sentencia condenatoria dictada por ser insuficiente la prueba para sostener la sentencia; encontrando que no se probó

que el apelante tenía en su posesión y custodia como dueño, un alambique, se revoca la sentencia apelada.